UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNIFICATION TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. AND DELL INC.,<br><br>    Defendants. | Case No. 6:20-CV-499-ADA |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Unification Technologies LLC ("Plaintiff") and Defendants Dell Technologies Inc. and Dell Inc. ("Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, hereby move this Court for an order dismissing Plaintiff's claims for relief against Defendants WITH PREJUDICE, except that solely with respect to claims based upon products or services of Intel Corporation, Kingston Technology Corporation, Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Phison Electronics Corporation, Silicon Motion Technology Corporation, and each of their respective affiliates, such claims will be dismissed without prejudice.  Plaintiff and Defendants also request dismissal of Defendants' claims, defenses or counterclaims for relief against Plaintiff WITHOUT PREJUDICE, and ask, accordingly, that the Court enter the attendant Order of Dismissal, with each party to bear all its own costs, expenses, and attorneys' fees.

**Dated: April 28, 2021**

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ Edward R. Nelson III*<br>**Edward R. Nelson III**<br>State Bar No. 00797142<br>**Robert A. Delafield II**<br>State Bar No. 24065137<br>**Nelson Bumgardner Albritton PC**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>817.377.9111 (telephone)<br>903.758.7397 (facsimile)<br>ed@nbafirm.com<br>bobby@nbafirm.com<br><br>**Timothy E. Grochocinski (*Pro Hac Vice*)**<br>Illinois State Bar No. 6295055<br>**Nelson Bumgardner Albritton PC**<br>15020 S. Ravinia Ave., Suite 29<br>Orland Park, Illinois 60462<br>708.675.1975 (telephone)<br>708.675.1786 (facsimile)<br>tim@nbafirm.com<br><br>**COUNSEL FOR PLAINTIFF UNIFICATION TECHNOLOGIES LLC** | Respectfully submitted,<br><br>*/s/ Michael R. Rueckheim*<br>**Thomas M. Melsheimer**<br>TMelsheimer@winston.com<br>**Natalie L. Arbaugh**<br>NArbaugh@winston.com<br>**WINSTON & STRAWN LLP**<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201<br>Telephone: (214) 453-6500<br>Facsimile: (214) 453-6400<br><br>**Katherine Vidal**<br>KVidal@winston.com<br>**Michael R. Rueckheim**<br>MRueckheim@winston.com<br>**WINSTON & STRAWN LLP**<br>275 Middlefield Road, Suite 205<br>Menlo Park, CA 94025<br>Telephone: (650) 858-6500<br>Facsimile: (650) 858-6559<br><br>**Vivek V. Krishnan**<br>VKrishnan@winston.com<br>**WINSTON & STRAWN LLP**<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>**Michael Hawes**<br>**Baker Botts L.L P.**<br>Pro Hac Vice<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 219-1750<br>Facsimile: (713) 229-7750<br><br>**Kevin J. Meek**<br>kevin.meek@bakerbotts.com<br>**Paula Diane Heyman**<br>paula.heyman@bakerbotts.com |

|   | **Baker Botts, LLP**<br>98 San Jacinto Blvd.<br>Suite 1500<br>Austin, TX 78701<br>(512) 322-2500<br>Fax: (512) 322-2501<br><br>**COUNSEL FOR DEFENDANTS DELL TECHNOLOGIES, INC. and DELL, INC.** |
|---|---|

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5(b)(1), I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 28th day of April, 2021.

*/s/ Edward Nelson III*