UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNIFICATION TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DELL TECHNOLOGIES INC. AND DELL INC.,<br><br>    Defendants. | Case No. 6:20-CV-499-ADA |

## ORDER OF DISMISSAL

On this day, Plaintiff Unification Technologies LLC ("Plaintiff") and Defendants Dell Technologies Inc. and Dell Inc. ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. The parties have, therefore, moved the Court to dismiss Plaintiff's claims for relief against Defendants WITH PREJUDICE, except that, solely with respect to claims based upon products or services of Intel Corporation, Kingston Technology Corporation, Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Phison Electronics Corporation, Silicon Motion Technology Corporation, and/or any of their respective affiliates, such claims should be dismissed WITHOUT PREJUDICE, instead.  The Parties have also moved the Court to dismiss Defendants' claims, defenses and/or counterclaims for relief against Plaintiff WITHOUT PREJUDICE, and with each party to bear all its own costs, expenses, and attorneys' fees. The Court, having considered these requests, is of the opinion that the requests for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed WITH PREJUDICE, except that, solely with respect to claims based upon products or services of Intel Corporation, Kingston Technology Corporation, Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC, Phison Electronics Corporation, Silicon Motion Technology Corporation, and/or any of their respective affiliates, such claims are hereby dismissed WITHOUT PREJUDICE, instead.  IT IS FURTHER ORDERED that Defendants' claims, defenses and/or counterclaims for relief against Plaintiff are dismissed WITHOUT PREJUDICE and that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 29th day of April 2021.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE